# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, et. al.,**

        **Plaintiffs,**

    v.                              Case No. 06-C-1117

**CGR, Ltd.,**
        **Defendant.**

[x]   **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion for summary judgment is granted as follows:

| | |
|---|---|
| Unpaid Contributions | $101,411.05 |
| Interest | $13,952.72 |
| Liquidated Damages | $24,387.06 |

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' request for reasonable attorneys' fees and costs is granted in an amount to be subsequently determined by the court, upon the filing of a petition for same by the plaintiffs.

                                    Jon W. Sanfilippo, Clerk of Court
                                    EASTERN DISTRICT OF WISCONSIN

Date: November 1, 2007        (By) Deputy Clerk, s/C.Quinn

                                    Approved this 1st day of November, 2007.

                                    s/AARON E. GOODSTEIN
                                    United States Magistrate Judge