# United States District Court

Eastern District of Wisconsin

**AMENDED JUDGMENT**

**OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, et. al.,**

        **Plaintiffs,**

    v.                        Case No. 06-C-1117

**CGR, Ltd.,**

        **Defendant.**

[x]    **Decision by Court.** This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion for summary judgment is granted as follows:

| | |
|---|---|
| Unpaid Contributions | $101,411.05 |
| Interest | $13,952.72 |
| Liquidated Damages | $24,387.06 |

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' request for reasonable attorneys' fees and costs in the amount of $6,269.75 is granted.

                                        Jon W. Sanfilippo, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN

Date: November 16, 2007        (By) Deputy Clerk, s/C.Quinn

                                        Approved this 16th day of November, 2007.

                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge